UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO

CASE NO. 1:24-cv-22816-KMW

Plaintiff,

vs.

L'OREAL USA S/D, INC.,
a Foreign Profit Corporation
D/B/A KIEHL'S,
Defendant.
_____________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, ARANTZA CASTRO, through undersigned attorney Diego G. Mendez, pursuant to the Federal Rules Civil Procedure files this Notice of Voluntary Dismissal with Prejudice against L'OREAL USA S/D, INC, a Foreign Profit Corporation D/B/A KIEHL'S.

Submitted by:

Mendez Law Offices, PLLC
Attorneys for Plaintiff
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.809.8474
Email:info@mendezlawoffices.com
By: /s/
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###